AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

TRACY DENNIS,

          Plaintiff,                 JUDGMENT IN A CIVIL CASE

V.

                               CASE NUMBER: **3:07-cv-00064-ECR-RAM**

MICHAEL ASTRUE,
Commissioner of Social Security
Administration,

          Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (#7) is **GRANTED** and Defendant's motion for summary judgment (#10) is **DENIED.**  This matter is **REMANDED** to the Social Security Administration for the calculation of benefits.

   _March 6, 2008_                      **LANCE S. WILSON**
                                           Clerk

                               _/s/ Daniel R. Morgan_
                                    Deputy Clerk